IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity as
Court-Appointed Receiver for the Receivership
entity, including AEQUITAS COMMERCIAL
FINANCE, LLC, an Oregon limited liability company,
and CAREPAYMENT, LLC, an Oregon limited
liability company,

                Plaintiff(s),

    v.

MATRIX CAPITAL GROUP, INC., a New York
corporation, et al.,

                Defendant(s).

Civil No. 03:21-cv-01018-JR

**ORDER OF DISMISSAL**

    IT IS ORDERED that Plaintiff's Motion to Dismiss [23] is GRANTED and this action as to the remaining "John Does 1-10" Defendants is DISMISSED without prejudice and without an award of fees or costs to any party.

    Dated this 19th day of May, 2022.

                                  by   /s/ Jolie A. Russo
                                         Jolie A. Russo
                                         United States Magistrate Judge